UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:20-cv-1500-T-35AAS

REAL PROPERTY LOCATED AT
101 MARSHALL AVENUE,
LAKE PLACID, FL 33852
_____/
[OWNER OF RECORD: JARED MURRAY]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on July1, 2020, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **101 Marshall Avenue, Lake Placid, Florida**, being the same premises conveyed to Jared Murray, on July 2, 2019, and recorded on July 3, 2019, in Highlands County in Book 2701, Pages 490-491, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Lot 21, in Block 9, of HIGHLANDS PARK ESTATES, SECTION D, according to the Plat thereof as recorded in Plat Book 4, at Page 86, of the Public Records of Highlands County, Florida.

Property Identification Number: C-20-36-30-040-0090-0210.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A).  Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   s/ Suzanne C. Nebesky
SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel:    (813) 274-6000
E-mail: Suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/ Suzanne C. Nebesky
SUZANNE C. NEBESKY
Assistant United States Attorney